**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00090-CV**

_____

**IN THE GUARDIANSHIP OF MARTHA ATELIA CLARKSON**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 22-43482-G**

**MEMORANDUM OPINION**

Before the appellate court issued a decision in the appeal, the appellants, Gavin Clarkson, GSCMAC, L.L.C., and 2005 Tower, L.L.C., joined by appellees Derek Clarkson and Laurel Smith, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 13, 2023
Opinion Delivered December 14, 2023

Before Horton, Johnson and Wright, JJ.

1
